IT IS SO ORDERED

Judge Edward J. Davila

1/26/2012

Wesley Wakeford (SBN 224801)
The Wakeford Law Firm
550 California Street
Sacramento Tower, Suite 700
San Francisco, California 94104
Telephone: (415) 578-3510
Facsimile: (415) 294-2890

Attorney for Plaintiff
ALBERT LARA RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALBERT LARA RODRIGUEZ<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA; SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; EDWARD C. FLORES, individually and in his capacity as former Director of the Santa Clara County Department of Corrections; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 5:11-CV-02622-EJD<br><br>**STIPULATION PERMITTING PLAINTIFF ALBERT LARA RODRIGUEZ TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST ALL DEFENDANTS** |
|---|---|

Pursuant to Federal Rule of Civ. Proc. 41(a)(1) and Local Rule 77-2(c), Plaintiff Albert Lara Rodriguez and Defendants County of Santa Clara; Santa Clara County Department of Correction; and Edward C. Flores, each stipulate to permit Plaintiff Albert Lara Rodriguez to dismiss with prejudice all claims asserted in this action against each and every Defendant. It is further stipulated that Defendants County of Santa Clara; Santa Clara County Department of Correction; and Edward C. Flores each waive all rights to any claim they may have against Plaintiff Albert Lara Rodriguez for the recovery of attorneys fees or costs.

1
**STIPULATED DISMISSAL**
CV11-02622 EJD

The undersigned attorneys of record for the various parties to this action each certify that they are fully authorized by the party or parties represented to agree to and enter into this stipulation permitting Plaintiff Albert Lara Rodriguez to dismiss with prejudice all claims asserted against Defendants County of Santa Clara; Santa Clara County Department of Correction; and Edward C. Flores. The terms of this Stipulation shall become effective upon the Court's approval and entry of this Stipulation.

Accordingly, the parties each respectfully request that the Court approve and enter Plaintiff Albert Lara Rodriguez's dismissal with prejudice of all claims asserted against Defendants County of Santa Clara; Santa Clara County Department of Correction; and Edward C. Flores. Additionally, the parties further stipulate and request that the Court retain jurisdiction to oversee compliance with this Stipulation and to resolve any issues, disputes, or questions regarding Plaintiff's dismissal of Defendants. (*See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Dated: January 24, 2012

By:____/S/_____
     Wesley Wakeford
     Attorney for Plaintiff
     Albert Lara Rodriguez

Dated: January 24, 2012

By:____/S/_____
     John L. Winchester, III
     Attorney for Defendants
     County of Santa Clara, Santa
     Clara County Department of
     Correction; and Edward C. Flores

The undersigned attorneys of record for the various parties to this action each certify that they are fully authorized by the party or parties represented to agree to and enter into this stipulation permitting Plaintiff Albert Lara Rodriguez to dismiss with prejudice all claims asserted against Defendants County of Santa Clara; Santa Clara County Department of Correction; and Edward C. Flores. The terms of this Stipulation shall become effective upon the Court's approval and entry of this Stipulation.

Accordingly, the parties each respectfully request that the Court approve and enter Plaintiff Albert Lara Rodriguez's dismissal with prejudice of all claims asserted against Defendants County of Santa Clara; Santa Clara County Department of Correction; and Edward C. Flores. Additionally, the parties further stipulate and request that the Court retain jurisdiction to oversee compliance with this Stipulation and to resolve any issues, disputes, or questions regarding Plaintiff's dismissal of Defendants. (*See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

Dated: 1/24/2012

By: _____
Wesley Wakeford
Attorney for Plaintiff
Albert Lara Rodriguez

Dated: 1/24/12

By: _____
John L. Winchester, III
Attorney for Defendants
County of Santa Clara, Santa
Clara County Department of
Correction; and Edward C. Flores

IT IS SO ORDERED. The Clerk shall close this file.
Dated: January 26, 2012

_____
Edward J. Davila
United States District Judge

2
STIPULATED DISMISSAL